**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
-------------------------------------------------------x

BYRON BREEZE, JR.,
*on behalf of himself and all others*
*similarly situated individuals,*

     Plaintiff,

  v.

RAMADA WORLDWIDE INC.,
*a foreign limited liability company,*

     Defendant.
-----------------------------------------------------X

**CASE NO.: 1:19-cv-00465-RMB-JS**

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

  Wherein this action having been settled by and between the parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, BYRON BREEZE, JR., by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal with Prejudice as to Defendant RAMADA WORLDWIDE INC.

DATED: Garden City, New York
    March 18, 2019

                Respectfully submitted,

                **Bashian & Papantoniou, P.C.**
                *Attorneys for Plaintiff*
                500 Old Country Road, Ste. 302
                Garden City, NY 11530
                Tel: (516) 279-1554
                Fax: (516) 213-0339

                *By:* */s/ Erik M. Bashian*
                **ERIK M. BASHIAN, ESQ.**
                eb@bashpaplaw.com

58629v1